SEALED

OKED 442 (Rev. 09/15)

RECEIVED
OCT 1 6 2023
U.S. Marshals
Eastern Oklahoma

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| United States of America | ) |
| v. | ) |
|  | ) Case No. CR-23-183-JFH |
| LANDON JOE BLACK | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**LANDON JOE BLACK**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Sexual Exploitation of a Child/Use of a Child to Produce a Visual Depiction with Forfeiture Allegation
Ct. 2 – Sexual Exploitation of a Child/Use of a Child to Produce a Visual Depiction with Forfeiture Allegation
Ct. 3 – Advertisement of Certain Material Involving the Sexual Exploitation of a Minor with Forfeiture Allegation
Ct. 4 – Possession of Certain Material Involving the Sexual Exploitation of a Minor with Forfeiture Allegation

DATE: 10/12/2023
Muskogee, Oklahoma



WARRANT ISSUED:
BONNIE HACKLER, Clerk

By: Kimberly Cluck
*Deputy Clerk*

### Return

| This warrant was received on *(date)* 10/16/2023, and the person was arrested on *(date)* 10/23/2023 at *(city and state)* Stilwell, OK. |

Date: 10/23/2023



OCT 2 4 2023

Arresting officer's signature
MICHAEL SPARKMAN, DUSM
*Printed name and title*

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk