## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **LANDON JOE BLACK,** *Defendant.* | Case No. 23-CR-183-JFH |

### ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, through Gwendelynn Bills, Trial Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

Respectfully submitted,

s/ *Gwendelynn Bills*
GWENDELYNN BILLS
TN Bar No. 034150
Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 514-5780
Fax: (202) 514-1793
Email: Gwendelynn.E.Bills@usdoj.gov