# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-23-183-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 10/25/2023 |
| | ) | | |
| LANDON JOE BLACK | ) | Time: | 10:00 a.m. – 10:04 a.m. |
| Defendant. | ) | | 10:17 a.m. – 10:20 a.m. |

**MINUTE SHEET – Said cause ARRAIGNMENT**

U.S. Magistrate Judge D. Edward Snow     Toni Moore, Deputy Clerk     FTR Courtroom:   4 - Room 420

Counsel for Plaintiff:     Anthony Marek, AUSA

Counsel for Defendant     Jarred Jennings, AFPD

**MINUTES:**   Said cause came on for an Arraignment. Defendant has retained Counsel. Court passes Arraignment to 10/25/2023 at 2:30 p.m.

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM