# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-23-183-JFH |
| v. | ) | Date: 10/25/2023 |
| LANDON JOE BLACK | ) | Time: 2:28 p.m. – 2:50 p.m. |
| Defendant. | ) | |

## MINUTE SHEET – ARRAIGNMENT

U.S. Magistrate Judge D. Edward Snow    Toni Moore, Deputy Clerk    FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:   Anthony Marek, AUSA

Counsel for Defendant   Jarred Jennings, AFPD

☐ Defendant gives consent to proceed by video conference

☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☒ no    ☒ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn
☒ Defendant sworn
Defendant appears: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Counts   1-2, 3 & 4   of the Indictment

**Trial / Motions:**
☒ Jury Trial set 01/02/2024 at 8:45 a.m. before U.S. District Judge John F. Heil, III
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
    ☐ Government has complied          ☒ Government has not complied
    ☐ Government states discovery will be available via USAFX at the conclusion of the arraignment
Parties  ☐ do  ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Defendant allowed to post bond in the amount of _____
☒ Government filed written Motion for Detention
☒ Defendant orally moved for detention hearing
☒ Detention hearing set **10/30/2023** at 9:30 a.m. in person before Magistrate Judge D. Edward Snow
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM