# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. LANDON JOE BLACK, *Defendant.* | Case No. CR-23-183-JFH |

## GOVERNMENT'S WITNESS LIST FOR DETENTION HEARING

1. Special Agent Austin McCourt, Federal Bureau of Investigation

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/  Anthony C. Marek
ANTHONY C. MAREK
State Bar of Michigan #P76767
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Anthony.Marek@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Jarred Lucas Jennings
Counsel for Defendant

s/    Anthony C. Marek
ANTHONY C. MAREK
Assistant United States Attorney