UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-23-183-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 10/30/2023 |
| | ) | | |
| LANDON JOE BLACK, | ) | Time: | 9:29 a.m. – 10:36 a.m. |
| Defendant. | ) | | 10:45 a.m. – 11:00 a.m. |

## MINUTE SHEET – DETENTION HEARING

U.S. Magistrate Judge, D. Edward Snow     Katie Hayes, Deputy Clerk     FTR Courtroom:  1 - Room 230

Counsel for Plaintiff:     Anthony Marek, AUSA

Counsel for Defendant     Jarred Jennings, AFPD          [X] Defendant present

**MINUTES:** Government calls Witness #1 Special Agent Austin McCourt. Government requests the Court take judicial notice of the pretrial services report and Indictment. Government and Defendant proceed with proffer to Court. Government gives argument. Defendant gives argument. Nothing further by either party.

RECESS
RECONVENE

**FINDINGS:**
☒ Defendant allowed to post bond in the amount of   $10,000.00
☒ Government announces its intent to appeal; appeal must by filed by close of business on 10/30/2023 (DES).
☐ The court finds a crime has been committed and that defendant committed that crime (DES).
☐ Court finds there is a serious risk that the defendant will not appear; defendant ordered detained.
☐ Court finds there is a serious risk that the defendant will endanger the safety of another person or the community; defendant ordered detained.

☒ Defendant remanded to custody of U.S. Marshal

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: KH