IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 23-CR-183-JFH |
| LANDON JOE BLACK, | ) ) | **SPEEDY TRIAL WAIVER** |
| Defendant. | ) ) | |

Landon Black (Defendant) acknowledges that he has been fully advised of his right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his jury trial from January 2, 2024 to March 4, 2024 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____          11/13/23
Landon Joe Black                          Date

I have consulted with my client, Landon Joe Black, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____          11/13/23
Attorney for Defendant                  Date

Respectfully Submitted,
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Interim Federal Public Defender

By: ___s/Jarred Jennings_____
Jarred Jennings, OBA #34525
Assistant Federal Public Defender
112 N. 7th St.
Muskogee, Oklahoma 74401
Telephone: (918) 687-2430
E-mail: Jarred_Jennings@fd.org
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the November 13, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Anthony Marek
Assistant United States Attorney
Office of the United States Attorney
520 Denison Ave
Muskogee, Ok