UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | Case No.: | CR-23-183-JFH |
| Plaintiff, ) | | |
| ) | Date: | 11/21/2023 |
| vs. ) | | |
| ) | Time: | 1:29 p.m. – 2:43 p.m. |
| LANDON JOE BLACK, ) | | |
| ) | | |
| Defendant. ) | | |

## MINUTE SHEET – MOTION HEARING

Gerald L. Jackson, Judge    K. Davis, Law Clerk    K. McWhorter, Reporter
                            D. Walker, Term Clerk    FTR Courtroom 4
                            P. Bruce, Deputy Clerk

**Counsel for Plaintiff**:     Anthony Marek

**Counsel for Defendant:**    Jarred Jennings

**MINUTES OF PROCEEDINGS:** Case comes on for Plaintiff's Opposed Motion for Protective Order (Dkt. 29) and Amended Motion for Protective Order (Dkt. 32). Plaintiff argues motions. Defendant's response. Government's Reply. Defendant's Sur-Response. Parties to provide Agreed Proposed Protective Order, or individual proposed Protective Orders only as necessary, to the Court by Tuesday, November 28, 2023.

COURT ADJOURNED.