IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. LANDON JOE BLACK, *Defendant*. | Case No. 23-CR-183-JFH |

### ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Jessie K. Heidlage, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/   Jessie K. Heidlage
Jessie K. Heidlage, OBA # 33905
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Jessie.heidlage@usdoj.gov