IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. LANDON JOE BLACK, *Defendant.* | Case No.: 23-CR-183-JFH |

## MOTION TO WITHDRAW AS COUNSEL FOR UNITED STATES

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and moves to allow Assistant United States Attorney Anthony C. Marek to withdraw as counsel in the above-referenced case. Assistant United States Attorney Jessie Heidlage has entered an appearance in this matter and will represent the United States in any further proceedings before this honorable court.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    Anthony C. Marek
ANTHONY C. MAREK, MI BA #P76767
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Anthony.Marek@usdoj.gov

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 28, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

                                          s/     <u>Anthony C. Marek</u>
                                                  ANTHONY C. MAREK
                                                  Assistant United States Attorney