IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>LANDON JOE BLACK,<br><br>   *Defendant*. | Case No. CR-23-183-JFH |

**JOINT STATUS REPORT REGARDING DISCOVERY AND CASE MANAGAGEMENT**

  **COMES NOW** the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma and Jessie K. Heidlage, Assistant United States Attorney, and Jarred Jennings, Attorney for the Defendant, and submits this Joint Status Report Regarding Production of Discovery, pursuant to this Court's Order. (Doc. 43).

  The Defendant was arraigned on October 25, 2023. (Doc. 13). Pursuant to Local Criminal Rule 16.1(A), the Government's discovery has been uploaded to USAfx and made available to Attorney for the Defendant. Pursuant to 18 U.S.C. § 3509, a portion of the discovery, including device extractions with large amounts of data, required an in-person review by Defense Counsel at the Federal Bureau of Investigation. Counsel for the United States and Defense Counsel have conducted the in-person review. The Government will continue to make the data available to Defense Counsel at his request.

  The parties have discussed discovery and case management. Both parties are aware of their continuing discovery obligations and will make the other party aware on a rolling basis should any additional discovery become available. The parties anticipate that if a trial is necessary, it will take approximately five (5) days.

1

                    Respectfully submitted,

                    CHRISTOPHER J. WILSON
                    United States Attorney

s/    <u>Jessie K. Pippin</u>
      JESSIE K. PIPPIN, OBA # 33905
      Assistant United States Attorney
      520 Denison Avenue
      Muskogee, Oklahoma 74401
      Telephone: (918) 684-5100
      Fax: (918) 684-5150
      Jessie.heidlage@usdoj.gov

      GWENDELYNN BILLS, TNBA #034150
      Trial Attorney, U.S. Department of Justice
      Child Exploitation and Obscenity Section
      1301 New York Avenue N.W.
      Washington, D.C. 20005
      Tel: 202-514-5780
      Gwendelynn.E.Bills2@usdoj.gov

s/    <u>Jarred Jennings</u>
      JARRED JENNINGS, OBA # 34525
      Assistant Federal Public Defender
      Attorney for Defendant
      112 N. 7th St.
      Muskogee, OK 74401
      (918)687-2430
      Jarred_jennings@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on date of filing, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: Jarred Jennings, Attorney for Defendant.

s/    <u>Jessie K. Pippin</u>
      JESSIE K. PIPPIN
      Assistant United States Attorney