IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-CR-183-JFH ) |
| LANDON JOE BLACK, | ) ) |
| Defendant. | ) ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as Federal Public Defender counsel in this case for Defendant Landon Joe Black. I certify that I am admitted to practice in this Court.

        Respectfully submitted,

        OFFICE OF THE FEDERAL PUBLIC DEFENDER
        Scott Graham, Federal Public Defender

        By: s/ Barbara L. Woltz
            Barbara L. Woltz, Oklahoma Bar # 12535
            Assistant Federal Public Defender
            112 N. 7th St.
            Muskogee, Oklahoma 74401
            Telephone:  (918) 687-2430
            E-mail:  Barbara_L_Woltz@fd.org
            Counsel for the Defendant

### CERTIFICATE OF SERVICE

    I certify that on the 9th day of February 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s): Anthony Marek, Gwendelynn Bills, and Jessie Kathleen Pippin.

        s/ Barbara L. Woltz