IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   *Plaintiff*,<br><br>v.<br><br>**LANDON JOE BLACK,**<br><br>   *Defendant*. | Case No. CR-23-183-JFH |

## JOINT STATUS REPORT REGARDING DISCOVERY AND CASE MANAGAGEMENT

  **COMES NOW** the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma and Jessie K. Pippin, Assistant United States Attorney, and Jarred Jennings, Attorney for the Defendant, and submits this Joint Status Report Regarding Production of Discovery, pursuant to this Court's Order. (Doc. 57).

  On October 12, 2023, the Defendant was indicted on four (4) counts related to the sexual exploitation of minors. (Doc. 2). The Defendant was arraigned on October 25, 2023. (Doc. 13). Pursuant to Local Criminal Rule 16.1(A), the Government's discovery has been uploaded to USAfx and made available to Attorney for the Defendant. The Government has produced approximately 3,500 pages of discovery and anticipates that additional discovery will be provided. Pursuant to 18 U.S.C. § 3509, a portion of the discovery, including device extractions with large amounts of data, required an in-person review by Defense Counsel at the Federal Bureau of Investigation. Counsel for the United States and Defense Counsel have conducted the in-person review. The Government will continue to make the data available to Defense Counsel at his request.

The parties have discussed discovery and case management, including potential resolution. Both parties are aware of their continuing discovery obligations and will make the other party aware on a rolling basis should any additional discovery become available. The parties anticipate that if a trial is necessary, it will take approximately five (5) days.

                                                  Respectfully submitted,

                                                  CHRISTOPHER J. WILSON
                                                  United States Attorney

s/       Jessie K. Pippin
          JESSIE K. PIPPIN, OBA # 33905
          Assistant United States Attorney
          520 Denison Avenue
          Muskogee, Oklahoma 74401
          Telephone: (918) 684-5100
          Fax: (918) 684-5150
          Jessie.Pippin@usdoj.gov

          GWENDELYNN BILLS, TNBA #034150
          Trial Attorney, U.S. Department of Justice
          Child Exploitation and Obscenity Section
          1301 New York Avenue N.W.
          Washington, D.C. 20005
          Tel: 202-514-5780
          Gwendelynn.E.Bills2@usdoj.gov


s/       Jarred Jennings
          JARRED JENNINGS, OBA # 34525
          Assistant Federal Public Defender
          Attorney for Defendant
          112 N. 7th St.
          Muskogee, OK 74401
          (918)687-2430
          Jarred_jennings@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      Jarred Jennings, Attorney for Defendant.

                                                           s/    <u>Jessie K. Pippin</u>
                                                           JESSIE K. PIPPIN
                                                           Assistant United States Attorney